■ In the Matter of the Claim of NADJA KOWALSKY, Respondent, v GRAND CENTRAL PAN AM BUILDING et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKERS' COMPENSATION BOARD, Respondent.—Appeal from a decision of the Workers' Compensation Board, filed January 31, 1977, as amended by decision filed September 20, 1977. The board, in its amended decision, found: "based on Dr. Chassin's testimony, no note was given to claimant's employer regarding her prior condition, the employer has not submitted sufficient evidence to indicate that there was knowledge that claimant had a prior permanent condition. Based on all of the evidence, there is no Special Funds liability and Special Funds is discharged." There is substantial evidence to sustain the determination of the board (see *Matter of Carasia v New York Times Co.,* 65 AD2d 836). Decision affirmed, with costs to respondents filing briefs against appellants. Greenblott, J. P., Kane, Main, Mikoll and Herlihy, JJ., concur.

■ In the Matter of C. A. SULLIVAN, Appellant, v VICTOR S. BAHOU et al., Constituting the New York State Civil Service Commission, et al., Respondents.—Appeal from a judgment of the Supreme Court at Special Term, entered April 17, 1978 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, seeking to declare null and void petitioner's results on an oral examination. Judgment affirmed, without costs (see *Matter of Dixon v Bahou,* 67 AD2d 767). Greenblott, J. P., Staley, Jr., Main, Mikoll and Herlihy, JJ., concur.